IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HARRY R. RHOADES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION 06-00274-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 29, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 17th day of September, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE